⍟JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

## Criminal Case Cover Sheet          U.S. District Court - District of Massachusetts

**Place of Offense:** MA     **Category No.** II     **Investigating Agency** FBI

**City** Hingham, Weymouth, Marshfield, Randolph

**County** Plymouth, Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number See attached
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number 23-MJ-10510-DLC    ✓ Yes   ☐ No

**Defendant Name** Tanveer SIDHU     Juvenile: ☐ Yes ✓ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ✓ No

**Alias Name:** _____

**Address:** New York

**Birth date (Yr only):** 1990   **SSN (last 4#):** N/A   **Sex:** M   **Race:** Asian   **Nationality:** Indian

**Defense Counsel if known:** Jason Benzaken    **Address:** Benzaken, Maguire, Sheehan & Wood, LLP

**Bar Number:** 658869          1342 Belmont Street, Suite 102 Brockton, MA 02301

**U.S. Attorney Information**

**AUSA:** Elianna J. Nuzum and Jessica L. Soto    **Bar Number if applicable:** 663354; 683145

**Interpreter:** ☐ Yes ✓ No    List language and/or dialect: _____

**Victims:** ☐ Yes ✓ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ✓ No

☐ Warrant Requested    ✓ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint   ✓ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ✓ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

✓ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/30/2025    **Signature of AUSA:** *Elianna J. Nuzum*

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Tanveer SIDHU

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to commit visa fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

## District of Massachusetts Search Warrants

23-MJ-1252 through -1255-DLC
23-MJ-1424 through -1427-DLC
23-MJ-1513 through -1518-DLC
23-MJ-1559 and -1560-DLC
24-MJ-1179-DLC